UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| RUTH-ANN OF THE HOUSE OF STUTZMAN, :Creditor/Claiman, :Sui Juris, Living Soul, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHANIE A. GATT, #P84208, :Debtor/Surety, HAASCAYWOOD, PC, et al.,<br><br>Defendants. | CAUSE NO. 1:23-CV-26-HAB-SLC |

## ORDER

Ruth-Ann of the House of Stutzman filed this case without counsel in the Fort Wayne Division raising claims based on events which occurred in Fulton County, Indiana, which is located within the geographical boundaries of the South Bend Division. Pursuant to N.D. Ind. L.R. 3-1(b), when "the court determines a case is filed in a division without proper venue, the court may…transfer the case by issuing an order directing the clerk to reopen the case in a proper division."

For these reasons, the clerk is DIRECTED to close this case and open a new case with these filings in the South Bend Division.

SO ORDERED on January 26, 2023.

s/Holly A. Brady
JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT